UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Charles Melvin

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (   ) (   )
**20 Mag 10671**

Defendant _____Charles Melvin_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Bail/Detention Hearing

____   Conference Before a Judicial Officer


/s/ Charles Melvin by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Charles Melvin_____
Print Defendant's Name

___*James Neuman*_____
Defendant's Counsel's Signature


_____James Neuman_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___10/9/2020_____
Date

___*Judith C. McCarthy*_____
U.S. District Judge/U.S. Magistrate Judge